```
                                                            F I L E D
                                                      UNITED STATES DISTRICT COURT
                                                          DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                     MAY 17 2011

                                                         GREGORY C. LANGHAM
                                                                              CLERK
```

Civil Action No. 11-cv-01257-BNB

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

GREGORY GAMACHE,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, and
FEDERAL COMMUNICATIONS COMMISSION,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a "Civil Motion" and an "Application to Proceed in Forma Pauperis, Supporting Documentation and Order." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___   is not submitted
(2)   xx   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   xx   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application

(8)   ___   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   xx    other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10)  ___   is not submitted
(11)  xx    is not on proper form (must use the court's current form)
(12)  xx    is missing an original signature by the Plaintiff
(13)  ___   is incomplete
(14)  ___   uses et al. instead of listing all parties in caption
(15)  ___   An original and a copy have not been received by the court. Only an original has been received.
(16)  ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___   names in caption do not match names in text
(18)  ___   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 17, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01257-BNB

Gregory Gamache
1816 Fairgrounds Rd
St Charles, MO 63303

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Complaint forms** to the above-named individuals on May 17, 2011.

                                      GREGORY C. LANGHAM, CLERK

                              By: _____
                                            Deputy Clerk