F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
　　　　　　　　　　　CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01257-BNB

GREG GAMACHE,

　　Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, and
FEDERAL COMMUNICATIONS COMMISSION,

　　Defendants.

## ORDER OF DISMISSAL

　　Plaintiff, Gregory Gamache, initiated this action by filing *pro se* an application to proceed *in forma pauperis* and a "Civil Motion" seeking a court order directing Defendants to investigate the use of electronic weapons and to assist victims of electronic weapons. In an order filed on May 17, 2011, Magistrate Judge Boyd N. Boland directed Mr. Gamache to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Gamache to file on the proper forms a Complaint and a properly supported Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Gamache was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

　　Mr. Gamache has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's March 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the

deficiencies. Accordingly, it is

ORDERED that the "Civil Motion" and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Gamache failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the application to proceed *in forma pauperis* is denied as moot.

DATED at Denver, Colorado, this __23rd__ day of __June__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01257-BNB

Gregory Gamache
1816 Fairgrounds Rd
St Charles, MO 63303

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                     Deputy Clerk